UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO.  11-342-WOB-JGW

RICHARD L. SMITH                                                                                    PLAINTIFF

VS.

CSX TRANSPORTATION, INC.                                                                DEFENDANT

## ORDER

On March 21, 2012 counsel for the defendant advised the Court that this matter has been settled.  Accordingly;

**IT IS ORDERED** that on or before **APRIL 23, 2012** the parties shall submit an agreed entry of dismissal for the signature of Judge William O. Bertelsman.

This 21st day of March, 2012.

Signed By:
J. Gregory Wehrman
United States Magistrate Judge