Eastern District of Kentucky
**FILED**

APR 16 2012

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## AT COVINGTON

| | |
|---|---|
| **RICHARD L. SMITH** | Case No. 2:11-cv-00342-WOB-JGW |
| | **Judge: Bertelsman** |
| **Plaintiff** | **Magistrate: Wehrman** |
| v. | |
| **CSX TRANSPORTATION, INC.** | |
| **Defendant** | |

### AGREED ENTRY OF DISMISSAL

All matters in controversy between plaintiff, Richard L. Smith, and defendant, CSX Transportation, Inc., having been arnicably resolved, this matter is hereby dismissed, with prejudice.



Signed By:
*William O. Bertelsman* WOB
United States District Judge

Richard L. Smith
224 Vater Road
Butler, KY 41016

/s/ James F. Brockman
James F. Brockman (#0009469)
LINDHORST & DREIDAME
312 Walnut Street, Suite 3100
Cincinnati, OH 45202-4048
Telephone:   (513) 421-6630
Facsimile:   (513) 421-0212
E-mail:jbrockman@lindhorstlaw.com
*Attorney for Defendant,*
*CSX Transportation, Inc*

556814v1